THOMAS JACOB, Administrator, etc., of RAYMOND JACOB, Deceased, Respondent, v. HYMIE SILBERGELD, Defendant, and ISADORE SILBERGELD, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concur. (The

order denies defendant's motion to vacate notice of examination before trial in an automobile negligence action.) Present — Sears, P. J., Edgcomb, Lewis, Cunningham and Taylor, JJ.